UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 04 B 42197
   CAROL MARTIN
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-6724
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/12/04 and confirmed on 02/18/05.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 28498.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| VW CREDIT | UNSECURED | 14428.28 | .00 | 386.19 |
| INTERNAL REVENUE SERVICE | PRIORITY | 24575.85 | .00 | 22226.47 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 2164.29 | .00 | 272.57 |
| B LINE LLC | UNSECURED | 1784.53 | .00 | 224.75 |
| DUPAGE PODIATRY CTR | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 512.95 | .00 | 52.60 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2185.62 | .00 | 275.27 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11070.88 | .00 | 1140.08 |
| KRANE & LOWELL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK | UNSECURED | 750.00 | .00 | 94.46 |
| RUSH PRES ST LUKES MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 1424.17 | .00 | 179.37 |
| UNITED CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| VON MAUR | UNSECURED | 135.25 | .00 | 17.02 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 24575.85 | 34455.97 | .00 | 59031.82 |
| PRINCIPAL PAID | .00 | 22226.47 | 2642.31 | .00 | 24868.78 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 22226.47 | 2642.31 | .00 | 24868.78 |

The Debtor's attorney, GREENBERG & ASSOC          , was allowed $    2700.00 and was paid $    200.00   direct and $   2500.00  through the plan.

The Trustee received $    1129.22 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE